UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE DESHAWN MARSHALL,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF DEPT.; *et al.*,<br><br>    Defendants.<br>_____/ | No. C-12-4038 EMC (pr)<br><br><br><br>**ORDER** |

On November 6, 2012, mail was sent from the Court to Plaintiff at the address he provided on his complaint and was returned undelivered on November 15, 2012, marked "return to sender - attempted - not deliverable as addressed - unable to forward." (Docket # 10.) Although Plaintiff used the jail address as his mailing address, he also listed a street address in Oakland within his complaint: 154 58th Avenue, Oakland, CA 94621. (Docket # 1, p. 2.) That address will be used in a last effort to contact Plaintiff so that he may file an opposition to the pending dispositive motion. The Clerk shall mail a copy of this order to Plaintiff at the street address in Oakland.

No later than **May 31, 2013**, Plaintiff must file and serve on defense counsel his opposition to Defendants' motion to dismiss, or in the alternative for summary judgment, for failure to exhaust administrative remedies and failure to update address of record. No later than **June 14, 2013**, Defendants must file and serve any reply brief in support of their motion.

IT IS SO ORDERED.

Dated: May 7, 2013

                                                    _____<br>
                                                  EDWARD M. CHEN<br>
                                                  United States District Judge